# United States District Court
## Violation Notice

CVB Location Code
CA 19

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7054760 | Diener Jonathan | D 7772 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 07/24/2016  5:34 | 18 USC 13 CVC 22350 |

Place of Offense:
Fitzgerald Blvd, Edwards AFB, CA 93523

Offense Description: Factual Basis for Charge          HAZMAT ☐
CVC 22350, Speeding 39mph in a 25 mph zone

5/B: 7     B/A: Integrity

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Ray | Kevin | C |

| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 5PRV108 | CA | 2016 | LEXUS GS300 | | Silver |

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 97          Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →**  $ 127    Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| United States Courthouse 510 4th Street Bakersfield CA 93301 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)          Original - CVB Copy

CVB SCAN 09/07/2018 15:45

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons).

I state that on 24 July, 20 18 while exercising my duties as a law enforcement officer in the Kern District of California

The foregoing statement is based upon:

X my personal observation          my personal investigation
information supplied to me from my fellow officer's observation
other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/24/2018
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 09/07/2018 15:45